## H. Kalven, Appellee, v. Isaac Stein, Appellant.

### Gen. No. 22,729.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917.

### Statement of the Case.

Action by H. Kalven, plaintiff, against Isaac Stein, defendant, to recover damages for breach of defendant's contract to sell plaintiff a quantity of men's underwear. From a judgment for plaintiff for $148.75, defendant appeals.

DELBERT A. CLITHERO, for appellant.

M. L. CARMODY, for appelleee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 373*—*when evidence is sufficient to show sale of goods to be paid for after delivery and checking.* Evidence *held* sufficient to warrant the finding that defendant agreed to sell to plaintiff a certain quantity of goods at a certain price per dozen, to be paid for when delivered and "checked up," in an action to recover damages for breach of such agreement.

2. SALES, § 160*—*when tender of payment must be made.* Where defendant agreed to sell plaintiff a certain quantity of goods at a certain price per dozen, to be paid for when delivered and counted, *held* that plaintiff was not bound to make tender of payment until the goods were delivered and counted. .

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.